UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD ATTAWAY, | CASE NO. C25-1023-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES |
| v. | |
| UNITED STATES OF AMERICA , | |
| Defendant(s). | |

Now before the Court is the parties' stipulated motion to continue the case schedule. Dkt. No. 11. The parties aver that, despite their diligence, discovery efforts have been hampered due to the lapse in appropriations to the Department of Justice and health issues faced by Plaintiff's counsel. *Id.* at 2. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. Dkt. No. 11. The Court VACATES the unexpired deadlines in the previous case schedule (Dkt. No. 10) and sets forth the following case schedule:

| Event | Date |
|---|---|
| BENCH TRIAL set for 9:30 a.m. on | March 15, 2027 |
| Disclosure of expert testimony | August 17, 2026 |
| All motions related to discovery must be filed by | September 17, 2026 |

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 1

| Discovery completed by | October 19, 2026 |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)). | November 19, 2026 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | January 19, 2027 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections field | February 22, 2027 |
| Trial briefs, joint brief on motions in limine, preliminary proposed findings of fact and conclusions of law, and deposition designations due | March 1, 2027 |
| Pretrial conference scheduled | TBD |

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 14th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 2